IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **NICO JONES,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | )   CRIMINAL NO. 5:11-CR-49 (MTT) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Movant Nico Jones's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 because Jones's "sentence has expired and he is no longer subject to custody on the sentence." Doc. 61 at 1.[1]  Jones has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[2]  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 61) is **ADOPTED** and made the Order of the Court.  Accordingly, Jones's motion (Doc. 60) is **DENIED**.  As recommended by the Magistrate Judge, a certificate of appealability is also **DENIED**.

**SO ORDERED**, this 4th day of October, 2023.

---

[1] Jones filed a "Motion to Redress," where he states "[t]he only relief I'm seeking is to have my plea agreement withdrawn and corrected to avoid litigation of my Actual innocence."  Doc. 60 at 2.  The Magistrate Judge construed Jones's "Motion to Redress" as a motion to vacate, set aside, or correct Jones's sentence pursuant to 28 U.S.C. § 2255.  Doc. 61 at 1.

[2] However, even if reviewed de novo, the result would be the same.

-2-

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COUR