IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NICO JONES, | * |
| Petitioner, | * |
| v. | Case No.  5:11-CR-49-MTT-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 4th day of October, 2023.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk